UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID ERB, C. LaVALLE SHARP, JOHN STOCKTON and RICHARD SUHL | : | CIVIL ACTION NO. 3:02CV00745 (GLG) |
| Plaintiffs, | : | |
| v. | : | |
| BANK OF AMERICA CORPORATION, | : | |
| Defendant. | : | OCTOBER 22, 2003 |

## NOTICE OF OFFER OF JUDGMENT

Plaintiffs David Erb, C. LaValle Sharp and John Stockton hereby give notice to the Court that they have served upon Defendant Bank of America Corporation an Offer of Judgment pursuant to D. Conn. L. Civ. R. 68 and Conn. Gen. Stat.§52-192a.

RESPECTFULLY SUBMITTED,
THE PLAINTIFFS

By: _____
Joseph D. Garrison (*Federal Bar #ct01432*)
Stephen J. Fitzgerald *(Federal Bar #ct22939)*
GARRISON, LEVIN-EPSTEIN, CHIMES
 & RICHARDSON, P.C.
405 Orange Street
New Haven, CT 06511
Ph: (203) 777-4425
Fax: (203) 776-3965
Sfitzgerald@garrisonlaw.com
Jgarrison@garrisonlaw.com