UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 27  4 11 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

DAVID ERB, C. LaVALLE SHARP, JOHN STOCKTON and RICHARD SUHL,

Plaintiffs,

- against -

BANK OF AMERICA CORPORATION,

Defendant.

CIVIL ACTION NO.
3:02-CV-00745 (GLG)

October 24, 2003

## SATISFACTION OF JUDGMENT

WHEREAS, a final judgment ("Judgment") in the above-captioned matter was entered on July 24, 2003 in favor of Plaintiff Richard Suhl ("Suhl") only and against Defendant Bank of America Corporation ("Defendant") in the amount of $17,070.00;

WHEREAS, there has been and will be no appeal, and Defendant has paid the Judgment in full; and

WHEREAS, it is represented that there are no outstanding executions with any Sheriff or Marshall;

THEREFORE, satisfaction of the Judgment is hereby acknowledged by Plaintiff Suhl, and the Clerk of the Court is hereby authorized and directed to make an entry of the full

and complete satisfaction on the docket of the Judgment with respect to Plaintiff Suhl only.

Dated: __10/24__, 2003

                        THE PLAINTIFF,

By: _____
Joseph D. Garrison (Fed. Bar No.: ct04132)
Stephen J. Fitzgerald (Fed. Bar No.: ct22939)
GARRISON, LEVIN-EPSTEIN, CHIMES & RICHARDSON, P.C.
405 Orange Street
New Haven, CT 06511
Ph: (203) 777-4425
Fax: (203) 776-3965
E-Mail: Sfitzgerald@garrisonlaw.com

### CERTIFICATION

I hereby certify that a true and correct copy of the foregoing has been furnished via U.S. mail, postage prepaid, this 24th day of October, 2003 to:

Zachary R. Osborne, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Blvd.
Stamford, CT 06901

_____
Stephen J. Fitzgerald