UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 25 10 03 AM '03
DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| DAVID ERB, C. LaVALLE SHARP, JOHN STOCKTON and RICHARD SUHL, ) ) ) | Civ. No. 3:02-CV-745 (GLG) |
| Plaintiffs, ) ) | |
| -against- ) ) | |
| BANK OF AMERICA CORPORATION, ) ) | November 24, 2003 |
| Defendant. ) ) | |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Because remaining Plaintiffs David Erb ("Erb"), C. LaValle Sharp ("Sharp"), and John Stockton ("Stockton") (collectively "Plaintiffs") and Defendant Bank of America Corporation (the "Bank") are engaged in serious settlement negotiations and believe they have agreed to a settlement in principle, but have not finalized that agreement, they jointly move to modify the existing Scheduling Order in this case so that:

1. Discovery continue and be completed (not propounded) by no later than January 30, 2004.

2. Dispositive motions, if any, shall be filed on or before March 10, 2004, or forty (40) days following the close of discovery, whichever falls later.

3. The joint trial memorandum required by the Standing Order will be filed on or before March 30, 2004, or thirty (30) days after a ruling on dispositive motion(s), whichever falls later.

STM/263652.1

4. The case will be trial ready sixty (60) days after the filing of the joint trial memorandum.

Dated: November 21, 2003

Respectfully submitted,

By: _____
Joseph D. Garrison (ct01432)
Stephen J. Fitzgerald (ct22939)
Garrison, Levin-Epstein, Chimes &
   Richardson, P.C.
405 Orange Street
New Haven, CT 06511
Telephone: (203) 777-4425
Facsimile: (203) 776-3965
Sfitzgerald@garrisonlaw.com

COUNSEL FOR PLAINTIFFS

By: _____
Carla R. Walworth (ct00458)
Zachary R. Osborne (ct19988)
Neil B. Stekloff (ct19778)
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
zacharyosborne@paulhastings.com

COUNSEL FOR DEFENDANT

SO ORDERED this _____ day of _____, 2003.

_____
United States District Judge/United States
Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned, a Member of the Bar of this Court, hereby certifies that he has caused to be served via facsimile and U.S. First Class mail a true and correct copy of the foregoing Joint Motion to Modify Scheduling Order on this 24th day of November, 2003 on:

    Carla R. Walworth, Esq.
    Zachary R. Osborne, Esq.
    Paul, Hastings, Janofsky & Walker LLP
    1055 Washington Blvd.
    Stamford, CT 06901

        */s/ Stephen J. Fitzgerald*
        Stephen J. Fitzgerald