UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT *FILED*

*Nov 25* ...

| | |
|---|---|
| DAVID ERB, C. LaVALLE SHARP, JOHN STOCKTON and RICHARD SUHL, | ) Civ. No. 3:02-CV-745 (GLG) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -against- | ) |
| | ) |
| BANK OF AMERICA CORPORATION, | ) November 24, 2003 |
| | ) |
| Defendant. | ) |
| | ) |

*Motion GRANTED. Gerard L. Goettel, USDJ  12-4-03*

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Because remaining Plaintiffs David Erb ("Erb"), C. LaVALLE Sharp ("Sharp"), and

John Stockton ("Stockton") (collectively "Plaintiffs") and Defendant Bank of America

Corporation (the "Bank") are engaged in serious settlement negotiations and believe they have

agreed to a settlement in principle, but have not finalized that agreement, they jointly move to

modify the existing Scheduling Order in this case so that:

      1.    Discovery continue and be completed (not propounded) by no later than

January 30, 2004.

      2.    Dispositive motions, if any, shall be filed on or before March 10, 2004, or

forty (40) days following the close of discovery, whichever falls later.

      3.    The joint trial memorandum required by the Standing Order will be filed

on or before March 30, 2004, or thirty (30) days after a ruling on dispositive motion(s), whichever

falls later.

STM/263652.1