UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
------------------------------------X
DAIVD ERB, et al.,                  :
                                    :
                Plaintiff,          :
                                    :   No. 3:02 CV 745 (GLG)
        -against-                   :
                                    :
BANK OF AMERICA CORP.,              :
                                    :
                Defendant.          :
------------------------------------X
```

**NOTICE TO COUNSEL**

The above-entitled case was reported to the Court to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, a judgment will be entered on **April 16, 2004** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Waterbury, Connecticut, **March 17, 2004.**

                              /s/
                    _____
                    **GERARD L. GOETTEL**
                    **SENIOR UNITED STATES DISTRICT JUDGE**