**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DAVID ERB, C. LaVALLE SHARP, JOHN STOCKTON and RICHARD SUHL, | ) Civ. No. 3:02-CV-745 (GLG) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -against- | ) |
| | ) |
| BANK OF AMERICA CORPORATION, | ) April /6, 2004 |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, IT IS HEREBY

STIPULATED AND AGREED by and between the undersigned, the attorneys of record

for all parties in the above-entitled action, that the above-entitled action be, and the same

hereby is, dismissed with prejudice and without costs to any party as against any other

party. This Stipulation may be filed with the Clerk of the Court without further notice.

By: _____

    Joseph D. Garrison (ct01432)
    Stephen J. Fitzgerald (ct22939)
    Garrison, Levin-Epstein, Chimes &
       Richardson, P.C.
    405 Orange Street
    New Haven, CT 06511
    Telephone: (203) 777-4425
    Facsimile: (203) 776-3965
    Sfitzgerald@garrisonlaw.com
    COUNSEL FOR ALL PLAINTIFFS

By: _____

    Carla R. Walworth (ct00458)
    Zachary R. Osborne (ct19988)
    Neil B. Stekloff (ct19778)
    Paul, Hastings, Janofsky & Walker, LLP
    1055 Washington Boulevard
    Stamford, CT 06901-2217
    Telephone: (203) 961-7400
    Facsimile: (203) 359-3031
    zacharyosborne@paulhastings.com
    COUNSEL FOR DEFENDANT

        SO ORDERED this _____ day of April, 2004.

_____

          U.S.D.J/U.S.M.J

-1-