44

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
APR 19  1 33 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| DAVID ERB, C. LaVALLE SHARP, JOHN STOCKTON and RICHARD SUHL, <br><br> Plaintiffs, <br><br> -against- <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendant. | Civ. No. 3:02-CV-745 (GLG) <br><br><br><br><br><br> April _16_, 2004 |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all parties in the above-entitled action, that the above-entitled action be, and the same hereby is, dismissed with prejudice and without costs to any party as against any other party. This Stipulation may be filed with the Clerk of the Court without further notice.

By: _____
Joseph D. Garrison (ct01432)
Stephen J. Fitzgerald (ct22939)
Garrison, Levin-Epstein, Chimes &
    Richardson, P.C.
405 Orange Street
New Haven, CT 06511
Telephone: (203) 777-4425
Facsimile: (203) 776-3965
Sfitzgerald@garrisonlaw.com
COUNSEL FOR ALL PLAINTIFFS

By: _____
Carla R. Walworth (ct00458)
Zachary R. Osborne (ct19988)
Neil B. Stekloff (ct19778)
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
zacharyosborne@paulhastings.com
COUNSEL FOR DEFENDANT

SO ORDERED this _____ day of April, 2004.

_____
U.S.D.J/U.S.M.J

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: _____ Deputy Clerk
FILED APR 20

-1-